IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION

DOCKET NO. 5:17cr12-RLV-DSC

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | ORDER CORRECTING |
| v. | ) | CLERICAL ERROR |
| | ) | |
| (1) RANDY LEE BIVENS | ) | |

Upon the Government's Motion to Correct Clerical Error and for the reasons set forth in

the Motion, it is hereby ORDERED that the Consent Order and Judgment of Forfeiture is amended

to state:

**One .380 Eibar Star, Bonifacio Echeverria pistol with serial number 2007402, and ammunition.**

**SO ORDERED.**

Signed: July 2, 2018

David S. Cayer
United States Magistrate Judge